United States District Court
Southern District of Texas
**ENTERED**
July 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSEFINA GARZA, | § |
| Plaintiff, | § § § |
| VS. | §   CIVIL ACTION NO. 2:22-CV-00168 |
| COMMISSIONER OF SOCIAL SECURITY, | § § § § |
| Defendant. | § § |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On June 6, 2023, United States Magistrate Judge Julie K. Hampton issued a Memorandum and Recommendation (M&R, D.E. 15) regarding the disposition of this action. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 15), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the

Magistrate Judge. Accordingly, Garza's Motion for Summary Judgment (D.E. 11) is **GRANTED** and the Commissioner's Motion for Summary Judgment (D.E. 12, 13) is **DENIED**. Consequently, the Commissioner's denial of supplemental security income is **REVERSED** and **REMANDED** for further consideration.

    **ORDERED** on July 19, 2023.

                                                  NELVA GONZALES RAMOS
                                                  UNITED STATES DISTRICT JUDGE