United States District Court
Southern District of Texas
**ENTERED**
November 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEFINA GARZA, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:22-CV-00168 |
| COMMISSIONER OF SOCIAL SECURITY, | § § § § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On November 6, 2023, United States Magistrate Judge Julie K. Hampton issued her "Memorandum and Recommendation" (D.E. 20), recommending that this Court grant Plaintiff's motion for attorney's fees (D.E. 17). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed. In fact, the memorandum and recommendation was issued on the basis of an agreed disposition.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 20), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Court **GRANTS** the motion (D.E. 17) as amended by the parties' agreement and **ORDERS** that Defendant Commissioner pay an EAJA fee award of $7,533.36 to Plaintiff, Josefina Garza, and that it be sent in care of her attorney, Melissa Palmer.

**ORDERED** on November 28, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE